UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LISA MARIE MEDINA<br>Plaintiff, | §<br>§<br>§<br>§ |
| V. | § CIVIL ACTION NO. 5:17-cv-922-FB<br>§<br>§ |
| TBC TRANSPORTATION, LLC<br>AND RICHARD NANCE,<br>Defendants. | §<br>§<br>§<br>§ |

**STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff and Defendants file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).

## BACKGROUND AND FACTS

1. Plaintiff is Lisa Marie Medina; Defendants are TBC Transportation, LLC and Richard Nance.

2. Plaintiff filed suit against Defendants on June 8, 2017, for personal injuries sustained in a motor vehicle collision that occurred on August 18, 2016.

3. Plaintiff and Defendants have reached a settlement of all disputes in this matter.

4. Plaintiff and Defendants agree to the dismissal with prejudice of this action.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2

6. A receiver has not been appointed to this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal-or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully Submitted,

LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Telephone:   (361) 985-0600
Facsimile:   (361) 985-0601
Email: rwilson-svc@tjhlaw.com

By: _____
ROBERT P. WILSON
State Bar No. 21718575

**ATTORNEYS FOR PLAINTIFF**

ESPEY & ASSOCIATES, PC
12400 San Pedro Avenue, Suite 200
San Antonio, TX  78216
(210) 404-0333- Telephone
(210) 404-0336- Facsimile
Email: espeyservice@lawespey.com

_____
R. MATT LAIR
State Bar No. 11795410

**ATTORNEYS FOR DEFENDANTS**